THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:05-CV-00479

| | |
|---|---|
| DODFORD LAW,<br><br>　　　　　Plaintiff<br><br>v.<br><br>CONVERGYS (ONSTAR-SITEL-CONVERGYS),<br><br>　　　　　Defendant. | ORDER GRANTING MOTION FOR ADMISSION OF GEORGE E. YUND AND ANDREW R. KAAKE TO PRACTICE *PRO HAC VICE* |

Pursuant to LR 83.1 of this Court, and for good cause shown, the motion of Defendant's counsel for the admission *pro hac vice* of George E. Yund and Andrew R. Kaake of the law firm Frost Brown Todd LLC in Cincinnati, Ohio as counsel for Defendant in this action is hereby **GRANTED**.

Signed: January 23, 2006

_____
David C. Keesler
United States Magistrate Judge

C-968608v1